**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RICKEY STRINGFELLOW**                                                              **PLAINTIFF**

**v.**                                        **CASE NO: 4:08-CV-004239-BSM**

**MCDONALD'S CORPORATION and**
**MJL OF CABOT, INC.,**                                                        **DEFENDANTS**

## FINAL ORDER

This cause came before consideration of this court upon the parties joint stipulation

of dismissal with prejudice.

The court has considered the stipulation and the pertinent portions of the record, and

being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1.    This action be and same is hereby dismissed against defendants with prejudice.

2.    The court shall retain jurisdiction until December 1, 2009, for purposes of

enforcing the settlement agreement entered into between the parties.

3.    Except as set forth in the settlement agreement, all parties shall bear their own

attorneys' fees and costs.

IT IS SO ORDERED this 24th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE